United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARWIN ALONSO PRIETO JUAREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-4839 |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Darwin Alonso Prieto Juarez filed this habeas action through counsel to challenge his detention in the custody of officials with Immigration and Customs Enforcement (ICE). On August 6, 2026, the respondents filed a motion for summary judgment and presented evidence that the petitioner was ordered removed from the United States in 2006; that he re-entered with his family in 2021; that he was released to supervision in 2021; that he was detained on June 10, 2026, when he reported for a supervision appointment; and that officials revoked his order of supervision. The petitioner responded.

On Monday, September 28, 2026, the respondents filed notice that the petitioner was scheduled for removal on Saturday, October 3, 2026, in compliance with the Court's five-day instruction.

On Friday, October 2, at 4:41 p.m., Paulette Tostado filed for leave to appear as counsel on behalf of petitioner. The petitioner's original counsel has not moved for leave

to withdraw. At 5:34 p.m. on October 2, Tostado filed an emergency motion to enjoin the removal scheduled for the next day.

ICE's public online records searched on Monday, October 5, 2026, indicate that the petitioner is no longer in ICE custody. It thus appears that the petitioner's habeas action challenging his detention may be moot.

The parties are **ORDERED** to file a status report **within five days** of the date of this order and, if appropriate, updated motions based on recent developments.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on October 20, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE